BEFORE THE SECOND DIVISION, JUNE 14, 1946

**No. 51189.**—Protests 62988–K, etc., of Weil Bros. Textiles, Inc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056.   In accordance therewith the protests were sustained as claimed.

**No. 51190.**—Protests 64166–K, etc., of Weil Bros. Textiles, Inc. (New York).

Opinion by KINCHELOE, J.   lt was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056.   In accordance therewith the protests were sustained as claimed.

BEFORE THE THIRD DIVISION, JUNE 14, 1946

**No. 51191.**—Protests 49457–K, etc., of Antonio Romano et al. (New York).

Opinion by KEEFE, J.   It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269. In accordance therewith it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese.   The protests were sustained to this extent.

**No. 51192.**—Protests 50733–K, etc., of Roma Importing Co., Inc., et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.*   The protests were sustained to this extent.